RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 JUL 10 PM 3:54

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br><br>v.<br><br><br>KEVIN GONZALEZ-MORALES,<br><br><br><br>Defendant. | INDICTMENT<br><br>Criminal No. 25 - 316 (MAJ)<br><br>Violations:<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)<br><br>Forfeiture:<br>21 U.S.C. § 853<br><br><br>ONE COUNT |

THE GRAND JURY CHARGES:

### COUNT ONE
**Possession with Intent to Distribute Cocaine**
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii) and 18 U.S.C. § 2

On or about July 3, 2025, in the District of Puerto Rico, and elsewhere,

### KEVIN GONZALEZ-MORALES,

the defendant herein, aiding and abetting others known and unknown to the Grand

Jury, did knowingly and intentionally possess with intent to distribute five kilograms

or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II narcotic drug-controlled substance. All in violation of Title 21, United

States Code, Sections 841(a)(1), and (b)(1)(A)(ii), and Title 18, United States Code,

Section 2.

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p).

TRUE BILL,

█████████████

FOREPERSON

Date: July 10, 2025

W. STEPHEN MULDROW
United States Attorney

Myriam Y. Fernández-González
Assistant United States Attorney, Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

Ryan R. McCabe
Assistant United States Attorney

3